# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Catherine Crosby Gandy, Respondent,

v.

John Wilson Gandy, Jr., Petitioner.

Appellate Case No. 2024-000611

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Horry County
The Honorable FitzLee McEachin, Family Court Judge

---

Opinion No. 28239
Submitted September 25, 2024 – Filed November 6, 2024

---

## REMANDED

---

Carolyn R. Hills and Jennifer Darrow Hills, both of Hills
& Hills, PC, of Myrtle Beach; and Rebecca Brown West,
of Harling & West, LLC, of Lexington, all for Appellant.

George M. Hearn, Jr. and Kathleen Wrenn Hearn, both of
Hearn & Hearn, PA, of Conway; and Marie-Louise
Ramsdale, of Ramsdale Law Firm, of Mount Pleasant, all
for Respondent.

Russell W. Hall, III, of The Law Office of Russell W.
Hall III, of Myrtle Beach, as the Guardian ad Litem for

Appellant.

_____

**PER CURIAM:**  Petitioner seeks a writ of certiorari to review the court of appeals' decision reversing the family court's order awarding rehabilitative alimony or to recalculate the child support payments in the absence of alimony.  *Gandy v. Gandy*, 442 S.C. 340, 898 S.E.2d 208 (2024).  We hereby grant the petition to review the child support calculation.

In its final order, the family court considered the alimony awarded to Wife when calculating the child support payment.  Because the court of appeals properly reversed the alimony award, the child support payments must be recalculated.

Accordingly, we dispense with briefing, affirm the court of appeals' opinion, and remand this matter to the family court for a trial *de novo* to recalculate child support.

**REMANDED.**

**KITTREDGE, C.J., FEW, JAMES and HILL, JJ., concur.  VERDIN, J., not participating.**